UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRENCE JEFFERSON**                                                      **PETITIONER**

**VS.**                  **4:18-CV-00675-BRW/JTR**

**DOE**                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 27th day of November, 2018.


                                                     /s/ Billy Roy Wilson _____
                                                     UNITED STATES DISTRICT JUDGE